# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>RAHEEL NAVIWALA,<br>Appellant. | APPEAL NO. 26-1896<br><br>**APPELLANT'S RESPONSE TO THE GOVERNMENT'S RULE 28(J) LETTER** |

"The proper function of Rule 28(j) letters . . . is to advise the court of 'new authorities' a party has learned of after [briefing], not to interject a long available but previously unmentioned issue for decision." *Niemi v. Lasshofer*, 728 F.3d 1252, 1262 (10th Cir. 2013). Moreover, the party filing such a letter "***must*** state the reasons for the supplemental citations, referring . . . to the page of the brief" the supplemental citation pertains to. FRAP 28(j) (emphasis added). The Government's letter meets none of these requirements and so this Court should disregard and strike the letter.

First, the 11-year-old, out-of-circuit authority cited by the Government is neither pertinent, significant, nor new. Indeed, *In re Al-Nashiri*, 791 F.3d 71 (D.C. Cir. 2015) is not even remotely relevant to whether the collateral order doctrine applies to appeals involving the legitimacy of a court-appointed U.S. Attorney. Rather, that case involved an Appointments Clause challenge to military judges, which the D.C. Circuit expressly declined to address in light of the mandamus posture of that appeal. *Id.* at 85-86.

Second, the Government fails to supply any "reasons for the supplemental citation[]" and likewise fails to cite to where in its brief *Al-Nashiri* is supposedly supplementing. "Rule 28(j) letters [are not] to be used to introduce ***any*** sort of new issue after briefing is complete." *Niemi*, 728 F.3d at 1262 (emphasis added). In that regard, the Government makes a gratuitous statement regarding Mr. Naviwala's pending sentencing.

Given the clear abuse of FRAP 28(j) by the Government, this Court should disregard and strike its letter.

DATED: August 10, 2026 RESPECTFULLY SUBMITTED,

DOUG PASSON

/s/ Doug Passon

Law Offices of Doug Passon, PC
10565 N. 114th St., Suite 101
Scottsdale, AZ 85259
Telephone: 480.448.0086
Email: doug@dougpassonlaw.com
***Attorney for Appellant Raheel Naviwala***

## CERTIFICATION OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the typeface, type style and length limits of Federal Rule of Appellate Procedure 27(d). The filing contains 261 countable words and was prepared using Microsoft Word for Microsoft 365 MSO's 14-point proportionally spaced Times New Roman typeface.

I further certify that this filing was prepared on a computer automatically protected by an updated version of Avast Premium Security and no virus was detected.

I further certify that I caused a copy of this motion to be served by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system on all counsel of record in this case.

/s/ Doug Passon______________
DOUG PASSON