**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>RAHEEL NAVIWALA,<br>Appellant. | APPEAL NO. 26-1896<br><br>**APPELLANT'S RESPONSE TO THE GOVERNMENT'S RULE 28(J) LETTER** |

For a third time, the Government files a facially deficient Rule 28(j) letter because it fails to "state the reasons for the supplemental citations, referring . . . to the page of the brief" the supplemental citation pertains to. FRAP 28(j). Nor are the authorities cited "pertinent" or "significant" as the rule requires.

Indeed, *United States v. McIver*, 2026 U.S. App. LEXIS 26038, __ F.4th __, 2026 WL 2509405 (Aug. 15, 2026) (2-1), has almost no relevance. As the Government itself observes, the primary holding of the divided *McIver* panel is that "the collateral order doctrine does not apply to selective prosecution claims." *Id.* 2026 U.S. App. LEXIS 26038 at *9. That is not an issue here.

Of relevance is Judge Ambro's dissent. As he emphasizes, this Court exercises appellate jurisdiction under the collateral order doctrine "in certain extraordinary cases." *Id.* at *47 (Ambro, J., dissenting). Just as *McIver* is "'not a typical case,'" *id.* at *48 (quoting the Government), neither is Mr. Naviwala's. Likewise, Mr. Naviwala's due process right not to be prosecuted by a court-appointed—albeit illegitimate—prosecutor "is in 'danger of becoming moot upon . . . sentence.'"

*Id.* (citations omitted). Applying the doctrine here, furthermore, presents "no real risk that the usual rule will be swallowed up" by this exception given "the extremely small class of criminal cases brought" in these circumstances. *Id.* at *49 (citations omitted).

Finally, the unpublished Fifth Circuit opinion issued over two years ago in *FTC v. U.S. Anesthesia Partners, Inc.*, No. 24-20270, 2024 U.S. App. LEXIS 31638, 2024 WL 5003580 (5th Cir. Aug. 15, 2024) (unpublished) is easily distinguishable. Unlike Mr. Naviwala's expressly asserted right not to be tried by an illegitimate prosecutor, the appellant in *U.S. Anesthesia Partners* "argue[d] not that it has a right not to be tried, but a right to be tried first in a different, additional forum." *Id.* 2024 U.S. App. LEXIS 31638 at *9-10 (internal quotation marks and citation omitted).

DATED: October 1, 2026

RESPECTFULLY SUBMITTED,

DOUG PASSON

/s/ Doug Passon
Law Offices of Doug Passon, PC
10565 N. 114th St., Suite 101
Scottsdale, AZ 85259
Telephone: 480.448.0086
Email: doug@dougpassonlaw.com
***Attorney for Appellant Raheel Naviwala***

## CERTIFICATION OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the typeface, type style and length limits of Federal Rule of Appellate Procedure 27(d). The filing contains 325 countable words and was prepared using Microsoft Word for Microsoft 365 MSO's 14-point proportionally spaced Times New Roman typeface.

I further certify that this filing was prepared on a computer automatically protected by an updated version of Avast Premium Security and no virus was detected.

I further certify that I caused a copy of this motion to be served by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system on all counsel of record in this case.

/s/ Doug Passon
DOUG PASSON