**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>RAHEEL NAVIWALA,<br>Appellant. | APPEAL NO. 26-1896<br><br>**APPELLANT'S RULE 28(J) LETTER** |

The following authority supplements Appellant's Response to this Court's Order of April 17, 2026. Dkt. 8 at 6 (stating Appellant's claim "'is about subjection to an illegitimate proceeding led by an illegitimate [prosecutor]'") (quoting *Axon Enter., Inc. v. FTC*, 598 U.S. 175, 191 (2023)); Dkt. 8 at 7 (district court holding *Axon Enter., Inc.* allowed "Naviwala . . . to immediately raise his authority challenge" while "other proceedings in his case stopped").

Yesterday, the U.S. District Court for the Western District of Washington held that as "[t]he U.S. Constitution and statutes set out a clear framework for the process of appointing a U.S. Attorney," "[t]he President cannot unilaterally fire a U.S. Attorney appointed by the Court." *Rogoff v. Trump*, No. 2:26-CV-02566, 2026 U.S. Dist. LEXIS 225797, *7-8 (W.D.Wa. Oct. 1, 2026). The district court thereafter issued a preliminary injunction against the Attorney General and Department of Justice precluding them from *inter alia* "[e]ffectuat[ing] any purported firing" of the court-appointed U.S. Attorney and expressly declined to stay its order as the U.S. Attorney would otherwise "be irreparably harmed." *Id*. at *12-13.

As *Rogoff* makes clear, the President had no authority to fire Desiree Grace shortly after her court appointment as U.S. Attorney. Thus, there was no vacancy or expired term for the District Court to fill, as required by 28 U.S.C. § 546, when it appointed Robert Frazer. Naviwala therefore continues to "be irreparably harmed" at the hands of an illegitimate U.S. Attorney, of which the "the court of appeals can do nothing," *Axon Enter., Inc.*, 598 U.S. at 191, unless immediately addressed. "Cases of such exceptional importance and rarity fit squarely within the collateral order doctrine." *United States v. McIver*, , __ F.4th __, 2026 U.S. App. LEXIS 26038, *49 (3d Cir. Aug. 26, 2026) (Ambro, J., concurring in part; dissenting in part).

DATED: October 2, 2026

RESPECTFULLY SUBMITTED,

DOUG PASSON

/s/ Doug Passon
Law Offices of Doug Passon, PC
10565 N. 114th St., Suite 101
Scottsdale, AZ 85259
Telephone: 480.448.0086
Email: doug@dougpassonlaw.com
***Attorney for Appellant Raheel Naviwala***

## CERTIFICATION OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the typeface, type style and length limits of Federal Rule of Appellate Procedure 27(d). The filing contains 303 countable words and was prepared using Microsoft Word for Microsoft 365 MSO's 14-point proportionally spaced Times New Roman typeface.

I further certify that this filing was prepared on a computer automatically protected by an updated version of Avast Premium Security and no virus was detected.

I further certify that I caused a copy of this motion to be served by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system on all counsel of record in this case.

/s/ Doug Passon_____________
DOUG PASSON