UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 26-1896

UNITED STATES OF AMERICA

v.

RAHEEL NAVIWALA
Appellant

D.N.J. No. 2:24-cr-00099-001)

SUR PETITION FOR REHEARING

Present: CHAGARES, Chief Judge, HARDIMAN, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, and MASCOTT, Circuit Judges

The petition for rehearing filed by Appellant Raheel Naviwala in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Dated: November 17, 2026
PDB/AMR/cc: All Counsel of Record